■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHAN BLAKNEY, Appellant. [730 NYS2d 260] —Appeal from a judgment of the County Court of Chemung County (Hayden, J.), rendered October 22, 1999, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

Defendant pleaded guilty to attempted promoting prison contraband in the first degree and was sentenced as a second felony offender in accordance with the plea agreement to 1½ to 3 years in prison to run consecutive to a sentence he was then serving. Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no non-frivolous issues that can be raised on appeal. Upon our review of the record, defense counsel's brief and defendant's *pro se* submission, we agree. The judgment is, accordingly, affirmed

and defense counsel's application for leave to withdraw is granted (*see, People v Stokes*, 95 NY2d 633; *People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Mercure, J. P., Crew III, Spain, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.